**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LESTER SPENCER,

     Plaintiff,

vs.

                                        CASE NO.:  6:18-CV-846-ORL-40DCI

ZURICH AMERICAN INSURANCE
COMPANY,

     Defendant.

_____/

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff LESTER SPENCER and Defendants ZURICH AMERICAN INSURANCE COMPANY advise the Court that this cause has been amicably settled between the said parties, and move for and stipulate to a dismissal with prejudice of the above-styled action in its entirety, with each party to bear its own attorney's fees and costs.

DATED this 28th day of September, 2018.


s/ Jerrod Paul
Jerrod M. Paul, Esquire
The Law Offices of Jerrod Paul, P.A.
FBN: 92953
37 North Orange Ave., Suite 500
Orlando, Florida 32801
Phone: (407) 588-0343
Fax: (855) 862-6872
jerrod@jerrodpaul.com
*Attorneys for Plaintiff*

s/ LaShawnda Jackson
LaShawnda Jackson, Esquire
Florida Bar No. 0594482
J. Scott Kirk, Esquire
Florida Bar No. 0224413
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
*Attorneys for Defendant Zurich*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Jerrod M. Paul, Esquire,** at jerrod@jerrodpaul.com.

        s/ LaShawnda Jackson
J. SCOTT KIRK
Florida Bar No. 0224413
LASHAWNDA K. JACKSON
Florida Bar No. 0594482
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
E-mail: skirk@rumberger.com
       ljackson@rumberger.com
       docketingorlando@rumberger.com
       skirksecy@rumberger.com
       ljacksonsecy@rumberger.com

Attorneys for Defendant Zurich American Insurance Company